EXHIBIT 8



It takes time fitting just the right lens to each patient.

Unmatched biocompatibility and reconditioning across all soft lens types.
**Why look further?**

Now for the easy part.



#1 Doctor Recommended[1]

# Ocular surface integrity for patients wearing silicone hydrogel and all soft contact lenses

## Corneal staining and epithelial health

- New data based on fluorophotometry show differences in permeability, providing objective evidence of corneal compromise[2]
- Barrier function data support clinical observations of corneal staining[2-4]
- Corneal infiltrative "events" are 3X more likely to occur in patients who experienced corneal staining than in those who did not[5]



Changes in epithelial barrier function[2]

Permeability Ratio Test : Control
- Control: 1.28
- OPTI-FREE RepleniSH MPDS: 1.24
- Complete MoisturePLUS MPS: 1.75
- ReNu MultiPlus MPS: 3.82 — 3X the Permeability of OPTI-FREE RepleniSH

*ReNu MultiPlus MPS statistically significantly higher ratio compared to OPTI-FREE RepleniSH MPDS, P=0.0028

O₂Optix lenses

## POLYQUAD® formulation minimizes corneal staining



Comparison of lens solution preservatives[4,6]

Molecular Weight:
- POLYQUAD® (Biguanide-free): ~4500 — OPTI-FREE® RepleniSH® MPDS
- Biguanides: ~1200 — ReNu MultiPlus® MPS, Complete MoisturePLUS® MPS, Private Label MPS Retailer A, Private Label MPS Retailer B

- POLYQUAD®, a Biguanide-free preservative, has a large molecular size which minimizes lens penetration[4,6]
- Small Biguanide molecules in some formulations can penetrate soft contact lenses and lead to corneal staining[7]
- A recent study using silicone hydrogel lenses showed corneal integrity was significantly compromised by some Biguanide-based solutions vs OPTI-FREE® RepleniSH® with POLYQUAD®[2]

## What sodium fluorescein reveals[8]



| OPTI-FREE® RepleniSH® MPDS | Complete MoisturePLUS® MPS | ReNu MultiPlus® MPS |
| --- | --- | --- |
| PureVision® | Proclear® | PureVision® |
| Minimal staining | Marginal staining | Excessive staining |

## Biocompatibility related to corneal staining[3,8]

| Solution | | Control | Clear Care® | OPTI-FREE® RepleniSH® MPDS | ReNu MultiPlus® MPS | Private Label MPS Retailer A‡ | Private Label MPS Retailer B‡ | Complete MoisturePLUS® MPS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Lens | Acuvue 2® | 1% | 1% | 5% | 1% | 1% | 1% | 2% |
| | Proclear® | 1% | 1% | 2% | 57% | 61% | 54% | 16% |
| | Acuvue Advance® | 1% | 1% | 1% | 13% | 16% | 13% | 20% |
| | Acuvue Oasys® | 2% | 1% | 5% | 9% | 12% | 8% | 5% |
| | PureVision® | 2% | 1% | 7% | 73% | 71% | 76% | 48% |
| | O₂ Optix® | 2% | 1% | 5% | 24% | 41% | 28% | 18% |
| | Focus Night & Day® | 2% | 1% | 3% | 24% | 36% | 24% | 16% |
| | | Unisol® 4 Saline | H₂O₂ | POLYQUAD® | Biguanide Formulations | | | |

% Staining§

■ <10%   ■ 10%–20%   ■ >20%

For a complete and updated grid see www.staininggrid.com
Data updated April 24, 2007.

## Andrasko analysis methodology[3,8]



Corneal staining formula
Superior = X%
Inferior = X%
Nasal = X%
Temporal = X%
Central = X%
Y%/5 regions = Z% area of cornea

- Staining area (in 10% increments) is graded in each of 5 corneal regions
- Staining area across 5 regions is averaged
- Maximum staining area of each study subject's worst eye is averaged
- 2-hour average staining area is reported on the Staining Grid

‡Combined represent 68% of the Private Label MPS category.⁶
§Average amount (area) of corneal staining at 2 hrs.

# Unique TearGlyde™ Reconditioning System *improves wettability*


OPTI-FREE® RepleniSH® MPDS at 14 hours


Complete MoisturePLUS* MPS at 8 hours


ReNu MultiPlus* MPS at 8 hours


Clear Care* at 8 hours

## Wettability that lasts for 14 hours – 6 hours longer than other MPS solutions[6,10,11]

- OPTI-FREE® RepleniSH® MPDS reconditions lenses to maintain a lower wetting angle than other solutions[6,10,11]
- OPTI-FREE® RepleniSH® MPDS retains moisture for enhanced comfort throughout the day





- OPTI-FREE® RepleniSH® increased comfort over time for wearers of the most common soft contact lens material who experience discomfort
- Patients using OPTI-FREE® RepleniSH® MPDS used significantly fewer rewetting drops compared to patients using Complete MoisturePLUS* MPS[13]

## For ocular surface integrity and enhanced comfort, OPTI-FREE® RepleniSH® MPDS is the one for your patients.

**References: 1.** Survey of 305 Optometrists, Harris Interactive® December 2006. **2.** Hall JQ, Paugh JR, Petrovich M, et al. A pilot study of the effect of silicone-hydrogel lenses and marketed multipurpose solutions on human epithelial barrier function. ARVO Abstract. 2007. Fort Lauderdale, Fla. **3.** Andrasko GJ, Ryen KA, Garofalo RJ, et al. Compatibility of silicone hydrogel lenses with multi-purpose solutions. Alcon Laboratories, Inc. Poster presented at: ARVO; April 2006; Fort Lauderdale, Fla. **4.** Garofalo RJ, Dassanayake N, Carey C, et al. Corneal staining and subjective symptoms with multipurpose solutions as a function of time. *Eye Contact Lens.* 2005;31:166-167. **5.** Carnt N, Jalbert I, Stretton S, Naduvilath T, Papas E. Solution toxicity in soft contact lens daily wear is associated with corneal inflammation. *Optom Vision Sci.* 2007;84:309-315. **6.** Data on file. Alcon Laboratories, Inc. **7.** Dassanayake N, Garofalo R, Carey C, et al. Correlating biocide uptake and release profiles with corneal staining and subjective symptoms. Poster presented at: ARVO; 2005. **8.** Contact Lens Research Services. Andrasko corneal staining grid. Available at: http://www.staininggrid.com/grid.aspx. Accessed April 24, 2007. **9.** A.C. Nielsen 4th Channel Data, September 30, 2006. **10.** Meadows D, Ketelson H, David R, et al. The impact of water content and care regimen on the long term ex vivo clinical wettability of soft contact lenses. Poster presented at: AAO; Dec 2005; San Diego, Calif. **11.** Meadows DL, Ketelson HA, McQueen N, Stone R. Dynamic wetting behavior of pHEMA-MAA and silicone hydrogel contact lenses. Alcon Laboratories, Ft. Worth, Tex. ARVO Poster. 2004. **12.** Potter B, Stiegemeier MJ, Movic W, et al. A clinical evaluation of solutions. *Review of Cornea & Contact Lenses.* Nov 2005;1-4. **13.** Zigler L, Cedrone R, Evans D, et al. Clinical evaluation of silicone hydrogel lens wear with a new multi-purpose disinfection care product. *Eye Contact Lens.* In press.

*Trademarks are the property of their respective owners.

**#1 Doctor Recommended**[1]


sharing one vision
**Alcon**
www.opti-free.com
© 2007 Alcon, Inc.   05/07   0704ORSA15

**Why look further?**